

DANIEL P. MCCOY
COUNTY EXECUTIVE

EUGENIA KOUTELIS CONDON
COUNTY ATTORNEY

COUNTY OF ALBANY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
112 STATE STREET, ROOM 600
ALBANY, NEW YORK 12207-2021
PHONE (518) 447-7110 | FAX (518) 447-5564
WWW.ALBANYCOUNTY.COM

JOHN W. LIGUORI
DEPUTY COUNTY ATTORNEY

YORDEN C. HUBAN
FIRST ASSISTANT
COUNTY ATTORNEY

Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York
445 Broadway, Room 441
Albany, New York 12207

October 10, 2023

    **RE:**   **Danny Farrington v. Sgt. Michael Poole, et al.**
             **Civil Index No 9:22-CV-356 (GTS/CFH)**

Dear Judge Hummel:

    I represent the Albany County Defendants, in the above referenced matter. I write to the Court to provide an update regarding the letter which I placed on the docket this past Friday, October 6, 2023. (See Dkt. No. 45 & Dkt. No.45-1).

    Previously, the medical provider had indicated that they had no records of treatment for Sgt. Michael Poole in their system. (See Dkt. No.45-1). Yesterday, during the period that our County offices were closed for the holiday, I received the attached email from a representative from "Capital Counseling" and "Capital District EAP" reversing their position. (See Attached Ex. A). In short, the email indicates that, upon further review by their office, they have in fact located medical records of Sgt. Michael Poole responsive to the County Defendant's initial demand. The medical provider subsequently provided me with a copy of the medical records at issue.

    Accordingly, I respectfully withdraw my previous request for a conference on the issue. That request was made in light of the approaching deadline, as well as the information I had from the medical provider as of October 6, 2023. I will be filing the medical record I have received from the provider under seal and under separate cover as previously directed by the Court. (*See* Text Order dated September 11, 2023).

    Should the Court have any questions please do not hesitate to contact me.

                      Sincerely,

                      */s/ Kevin M. Cannizzaro*

                                  KEVIN M. CANNIZZARO, ESQ. *of Counsel*
                                  Assistant Albany County Attorney

CC:

**Via ECF**

Edward Sivin, Esq.
Sivin, Miller & Roche, LLP
20 Vesey Street, Suite 1400
New York, New York 10007